398

CAROL W. HUNSTEIN, HAROLD D. MELTON, DAVID E. NAHMIAS, KEITH R. BLACKWELL, JUSTICES

THÉRÈSE S. BARNES, CLERK, JEAN RUSKELL, REPORTER

## SUPREME COURT OF THE STATE OF GEORGIA

### CLERK'S OFFICE, ATLANTA

**May 1, 2015**

I hereby certify that the foregoing pages, attached hereto, contain a true and complete copy of the opinion of the Supreme Court of Georgia in Case No. **S15Y0003. IN THE MATTER OF ROBERT T. THOMPSON, JR.** as appears from the file in this office.

Witness my signature and seal of the said Court hereto affixed the day and year above written.

Tia C. Milton, Chief Deputy Clerk

RECEIVED MAY 05 2015 OFFICE OF DISCIPLINARY COUNSEL

793 S.E.2d 314

**In the MATTER OF James L. BELL, Respondent.**

**Appellate Case No. 2016-002328**

Supreme Court of South Carolina.

November 18, 2016

## ORDER

The Office of Disciplinary Counsel asks this Court to place respondent on interim suspension pursuant to Rule 17 of the Rules for Lawyer Disciplinary Enforcement (RLDE) contained in Rule 413 of the South Carolina Appellate Court Rules (SCACR).

IT IS ORDERED that respondent's license to practice law in this state is suspended until further order of this Court.

Respondent is hereby enjoined from taking any action regarding any trust, escrow, operating, and any other law office account(s) respondent may maintain at any bank or other financial institution, including, but not limited to, making any withdrawal or transfer, or writing any check or other instrument on the account(s).

s/Costa M. Pleicones, C.J.

793 S.E.2d 776

## In the MATTER OF J.M. Long, III, Respondent.

### Appellate Case No. 2016-002354

Supreme Court of South Carolina.

December 1, 2016

### ORDER

The Office of Disciplinary Counsel asks this Court to place respondent on interim suspension pursuant to Rule 17 of the Rules for Lawyer Disciplinary Enforcement (RLDE) contained in Rule 413 of the South Carolina Appellate Court Rules (SCACR).

IT IS ORDERED that respondent's license to practice law in this state is suspended until further order of this Court.

Respondent is hereby enjoined from taking any action regarding any trust, escrow, operating, and any other law office account(s) respondent may maintain at any bank or other financial institution, including, but not limited to, making any withdrawal or transfer, or writing any check or other instrument on the account(s).

/s/Costa M. Pleicones, C.J.